## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 132 MAL 2025
:
       Respondent            :
:   Petition for Allowance of Appeal
:   from the **Unpublished**
         v.              :   **Memorandum and Order** of the
:   Superior Court at No. 698 MDA
:   2024 entered on February 11, 2025,
BRANDON S. ROUPP,        :   **affirming** the Judgment of Sentence
:   of the Clinton County Court of
       Petitioner         :   Common Pleas at No. CP-18-CR-
:   0000008-2024 entered on April 30,
:   2024

## ORDER

**PER CURIAM**                            **DECIDED: August 19, 2025**

      **AND NOW**, this 19th day of August, 2025, the Petition for Allowance of Appeal is

**GRANTED**, the order of the Superior Court is **VACATED**, and the case is **REMANDED**

to the Superior Court for reconsideration in light of *Commonwealth v. Shifflett*, 335 A.3d

1158 (Pa. 2025).